427 A.2d 1211

Russell v. Russell, Appellant.

Submitted December 6, 1979. Archie V. Diveglia, for appellant; Peter Macky, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Order affirmed.